IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| JACOB C. SPRINGER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 3:15-CV-633-WKW |
| | ) |
| STEVE PERRYMAN, *et al.*, | ) |
| | ) |
| Defendants. | ) |

## **ORDER**

On February 25, 2016, the Magistrate Judge filed a Recommendation (Doc. # 15) to which Plaintiff timely filed an objection (Doc. # 17). The court has conducted an independent and *de novo* review of those portions of the Recommendation to which objection is made, *see* 28 U.S.C. § 636(b), and finds that the objection is without merit.

Accordingly, it is ORDERED as follows:

(1)   Plaintiff's objection (Doc. # 17) is OVERRULED;

(2)   The Recommendation (Doc. # 15) is ADOPTED to the extent that it recommends dismissal of this action for lack of subject-matter jurisdiction based upon the *Rooker-Feldman* doctrine;[1]

---

[1] Because subject-matter jurisdiction is lacking, the court need not address the Recommendation's alternative grounds for dismissal. *See Casale v. Tillman*, 558 F.3d 1258, 1259 n.1 (11th Cir. 2009).

  (3) Defendants' Motion to Dismiss (Doc. # 9) is GRANTED;

  (4) This case is DISMISSED without prejudice for lack of subject-matter jurisdiction.

It is further ORDERED that Plaintiff's Motion to Compel (Doc. # 16) is DENIED.

A separate final judgment will be entered.

DONE this 5th day of April, 2016.

           /s/ W. Keith Watkins
          CHIEF UNITED STATES DISTRICT JUDGE